## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| BRANDY NELSON, | ) | |
| | ) | |
| Plaintiff, | ) | 2:10-cv-02700-JTM-JPO |
| | ) | |
| v. | ) | Judge Marten |
| | ) | Magistrate O'Hara |
| LAW OFFICE OF | ) | |
| LARRY ROACH, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER OF DISMISSAL PURSUANT TO SETTLEMENT

Pursuant to settlement, this case is dismissed *without* prejudice, without costs to either party, and with leave for Plaintiff to seek reinstatement within forty-five (45) days from the date of entry of this order. If this case has not been reinstated within forty-five (45) days from the date of entry of this order, or a motion for reinstatement has not been filed by said date, then the dismissal of this case shall automatically convert from a dismissal *without* prejudice to a dismissal *with* prejudice.

                                                                s/ J. Thomas Marten
                                                            Hon. J. Thomas Marten
                                                            United States District Judge

                                                            Dated: January 21, 2011